IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LEE McKELLY,

    Petitioner,                    No. CIV S-05-2377 MCE DAD P

    vs.

WARDEN, DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.            ORDER

/

    Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the required filing fee of $5.00 or filed an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) and 1915(a). Petitioner will be granted thirty days to submit the filing fee or an application to proceed in forma pauperis.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Petitioner shall submit, within thirty days from the date of this order, the $5.00 filing fee or a properly completed application to proceed in forma pauperis; petitioner's failure to comply with this order may result in a recommendation that this action be dismissed; and

/////

/////

1

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district in habeas corpus proceedings.

DATED: December 15, 2005.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
mcke2377.101a